UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT W. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-01584-JPH-MG ) |
| SYRACUSE POLICE DEPARTMENT, | ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff filed this action in the Southern District of Indiana on September 12, 2024.  Dkt. 1.  Venue for a civil action is proper under 28 U.S.C. § 1391(b) in "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated."  Here, however, the complaint is based on an alleged incident that took place in Syracuse, New York, involving officers with the Syracuse Police Department, dkt. 1 at 4, which is in the Northern District of New York, 28 U.S.C. § 112.

Plaintiff therefore **SHALL SHOW CAUSE by October 18, 2024**, why this case should not be transferred to the Northern District of New York.  *See* 28 U.S.C. § 1404(a).

**SO ORDERED.**

Date: 9/18/2024

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

ROBERT W. JOHNSON
214 Smith Rd.
Apt. 4
Syracuse, NY 13208